**Deny and Opinion Filed April 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00437-CV

### IN RE JIMMY JOHNSON, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-10-31998-C**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Schenck
Opinion by Justice Francis

Before the Court is relator's Amended Motion to File Writ of Mandamus. We treat the motion as a petition for writ of mandamus.[1] Relator complains that this Court withdrew leave to extend time to file the record in the appeal of this case. The Court disposed of the appeal in March 2014 by affirming the trial court's judgment. *Johnson v. Dallas County*, No. 05-12-01046-CV, 2014 WL 1010259, at *3 (Tex. App.—Dallas Mar. 5, 2014, writ denied) (mem. op.). The mandate issued on January 26, 2015. Neither the mandamus record nor the record on appeal reflect any action by the Court withdrawing leave to file the record and the appellate record includes the clerk's record.

---

[1] A motion for leave to file a petition for writ of mandamus is required when relief is sought from the court of criminal appeals. *See* TEX. R. APP. P. 72.1. A motion for leave is not required for a petition filed in an intermediate appellate court. *See* TEX. R. APP. P. 52.1.

Relator has not established a right to relief.  We **DENY** the petition.


150437F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE